IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jones, Dawn

Printed: 03/03/09

Case Number: 08 B 07445
Judge: Wedoff, Eugene R
Filed: 3/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 15, 2009
Confirmed: June 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,227.30 |  |
| Secured: |  | 3,257.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,563.00 |
| Trustee Fee: |  | 406.62 |
| Other Funds: |  | 0.00 |
| Totals: | 6,227.30 | 6,227.30 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David Chang | Administrative | 2,563.00 | 2,563.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 6,382.27 | 1,001.04 |
| 4. | Saxon Mortgage Services Inc | Secured | 38,544.88 | 2,256.64 |
| 5. | Discover Financial Services | Unsecured | 147.15 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 14.31 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 300.36 | 0.00 |
| 8. | Education Resources Institute (TERI) | Unsecured | 550.56 | 0.00 |
| 9. | National City Bank | Unsecured |  | No Claim Filed |
| 10. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,502.53 | $ 5,820.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 285.18 |
| 6.6% | 121.44 |
|  | $ 406.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Dawn | Case Number:  08 B 07445 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/03/09 | Filed:  3/28/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

           Marilyn O. Marshall, Trustee, by:

*/s/ Mach*